1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8

9  HENRY J. LUGO,                    1:04-cv-05156-AWI-DLB-P

10           Plaintiff,       **ORDER ADOPTING FINDINGS AND**
                              **RECOMMENDATIONS** (Doc. 14)
11  vs.
                              **ORDER DISMISSING ACTION**
12  C.D.C. OFFICER BANUELOS,
    et al.,
13
             Defendants.
14  _____/

15  _____

16      Plaintiff, Henry J. Lugo ("plaintiff"), is a state prisoner

17  proceeding pro se and in forma pauperis in this civil rights

18  action pursuant to 42 U.S.C. § 1983.  The matter was referred to

19  a United States Magistrate Judge pursuant to 28 U.S.C.

20  § 636(b)(1)(B) and Local Rule 72-302.

21      On August 16, 2006, the Magistrate Judge filed Findings and

22  Recommendations herein which were served on plaintiff and which

23  contained notice to plaintiff that any objections to the Findings

24  and Recommendations were to be filed within eleven (11) days.  To

25  date, plaintiff has not filed objections thereto.[1]

26  _____

27      [1] The United States Postal Service returned the order served on plaintiff on August 24, 2006, as
    undeliverable.  A notation on the envelope indicated: Return to Sender - Paroled.  However, plaintiff has not notified
28  the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  See
    Local Rule 83-182(f).

                                  1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed August 16,

8  2006, are ADOPTED in full; and,

9    2.   This action is DISMISSED for plaintiff's failure to

10 obey the court's order of May 19, 2006, and for the reasons set

11 forth therein, namely, for failure to state a claim upon which

12 relief may be granted.

13

14 IT IS SO ORDERED.

15 **Dated:    December 12, 2006            /s/ Anthony W. Ishii**
   0m8i78                      UNITED STATES DISTRICT JUDGE

16